UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | |
|---|---|
| JOSE RAMIREZ, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>             Plaintiffs,<br><br>-against-<br><br>EDDINGTON SECURITY, INC., TYLER-CONNER, INC., MARK EDDINGTON, JUDY EDDINGTON, RON WUENCH and JOHN DOES #1-10, Jointly and Severally,<br><br>             Defendants. | 08 CV 4766 (LTS)<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE APPEAR** |

-------------------------------------------------------- x

**IT IS HEREBY STIPULATED** by and between the undersigned counsel for the Parties in this action that Defendants' time to answer or otherwise appear shall be extended through and including July 10, 2008.

**IT IS FURTHER STIPULATED** that this extension shall toll the running of the applicable statute of limitations period for any and all persons alleged to be similarly situated to Plaintiff Ramirez.

Dated: New York, New York
         June 6, 2008

/s/Brent E. Pelton
  Brent E. Pelton (BW 1055)
  PELTON SERPE LLP
  111 Broadway, 9th Floor
  New York, New York 10006
  (212) 725-3600
  (212) 385-4600 [Facsimile]
  pelton@peltonserpe.com
  *Attorneys for Plaintiffs*

/s/ David Michael White
  David Michael White (DW 3146)
  WHITE & ASSOCIATES, P.C.
  233 Broadway, Suite 1800
  New York, New York 10279
  (212) 233-0060
  (212) 233-0641 [Facsimile]
  dmw@dmwlawfirm.com
  *Attorneys for Defendants*