UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

JOSE RAMIREZ, Individually and on Behalf     08 CV 4766 (LTS)
of All Other Persons Similarly Situated,

               Plaintiffs,         **STIPULATION EXTENDING
DEFENDANTS' TIME TO
ANSWER OR OTHERWISE
APPEAR**

         -against-

EDDINGTON SECURITY, INC., TYLER-
CONNER, INC., MARK EDDINGTON,
JUDY EDDINGTON, RON WUENCH and
JOHN DOES #1-10, Jointly and Severally,

             Defendants.

-------------------------------------------------------- x

      **IT IS HEREBY STIPULATED** by and between the undersigned counsel for the Parties

in this action that Defendants' time to answer or otherwise appear shall be extended through and

including July 10, 2008.

      **IT IS FURTHER STIPULATED** that this extension shall toll the running of the

applicable statute of limitations period for any and all persons alleged to be similarly situated to

Plaintiff Ramirez.

Dated:  New York, New York
       June 6, 2008

/s/<u>Brent E. Pelton</u>          /s/ <u>David Michael White</u>
  Brent E. Pelton (BW 1055)       David Michael White (DW 3146)
  PELTON SERPE LLP          WHITE & ASSOCIATES, P.C.
  111 Broadway, 9th Floor        233 Broadway, Suite 1800
  New York, New York 10006      New York, New York 10279
  (212) 725-3600             (212) 233-0060
  (212) 385-4600 [Facsimile]     (212) 233-0641 [Facsimile]
  pelton@peltonserpe.com       dmw@dmwlawfirm.com
  *Attorneys for Plaintiffs*         *Attorneys for Defendants*