

SWAIN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JOSE RAMIREZ, Individually and on Behalf     08 CV 4766 (LTS)
of All Other Persons Similarly Situated,

        Plaintiff,                           STIPULATION EXTENDING
                                             DEFENDANTS' TIME TO
                                             ANSWER OR OTHERWISE
                                             APPEAR

      -against-

EDDINGTON SECURITY, INC., TYLER-
CONNER, INC., MARK EDDINGTON,
JUDY EDDINGTON, RON WUENCH and
JOHN DOES #1-10, Jointly and Severally,

        Defendants.

----------------------------------------------------------x

    IT IS HEREBY STIPULATED by and between the undersigned counsel for the Parties in this action that Defendants' time to answer or otherwise appear shall be extended through and including July 10, 2008.

    IT IS FURTHER STIPULATED that this extension shall toll the running of the applicable statute of limitations period for any and all persons alleged to be similarly situated to Plaintiff Ramirez.

Dated: New York, New York
       June 6, 2008

_____          _____
Brent E. Pelton (BP 1055)          David Michael White (DW 3926)
PELTON SERPE LLP                   WHITE & ASSOCIATES, P.C.
111 Broadway, 9th Floor            233 Broadway, Suite 1800
New York, New York 10006           New York, New York 10279
(212) 725-3600                     (212) 252-0060
(212) 385-4600 [Facsimile]         (212) 253-0611 [Facsimile]
pelton@peltonserpe.com             dmw@dmwhitefirm.com
Attorneys for Plaintiffs           Attorneys for Defendants

SO ORDERED:

_____
     6/18/08
    U.S.D.J.