

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOSE RAMIREZ, Individually and on Behalf of
All Other Persons Similarly Situated,

                      Plaintiff,

-against-

EDDINGTON SECURITY INC., TYLER-
CONNER INC., MARK EDDINGTON,
JUDY EDDINGTON, RON WUENCH and
JOHN DOES #1-10, Jointly and Severally,

                      Defendants.
---------------------------------------------------------------x

Index No. 08-CV-4766 (LTS)

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above-captioned action, that whereas no party is an infant, incompetent person for whom a committee has been appointed or a conservator, and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is, discontinued with prejudice as to the Plaintiff and each of the Defendants.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        June 26, 2008

PELTON SERPE, LLP

_____
Brent E. Pelton, Esq.
Attorneys for Plaintiff
111 Broadway, 9th Floor
New York, NY 10006

WHITE & ASSOCIATES, P.C.

_____
David Michael White, Esq.
Attorneys for Defendants
233 Broadway, Suite 1800
New York, NY 10279

The Clerk of Court is respectfully requested to close this case.
SO ORDERED: _____ 7/8/08